20673. PICTORIAL REVIEW COMPANY *v.* COOLIK.

BLOODWORTH, J. 1. The motion for a new trial is based upon the general grounds only. The jury settled the disputed questions of fact in favor of the defendant. The judge who presided approved the verdict, and this court is without power to reverse the ruling of the trial judge refusing a new trial.

2. The request of the defendant in error that damages be awarded him for bringing the case to this court for delay is denied.

*Judgment affirmed.* *Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 7, 1930.

*Homer Beeland,* for plaintiff.

*Jere M. Moore, J. R. Lunsford,* for defendant.